**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALISON YEW, SB# 173158
Email: yew@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
DIXON HOUSING INVESTORS, LP,
FOUNDATION FOR AFFORDABLE HOUSING, INC.,
and MCA HOUSING PARTNERS, LLC

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ELLEN HOLMSTRAND,<br><br>    Plaintiff,<br><br>v.<br><br>DIXON HOUSING INVESTORS, LP; SIMPSON HOUSING, LLP; MCA HOUSING PARTNERS, LLC; FOUNDATION FOR AFFORDABLE HOUSING, INC.; FPI MANAGEMENT, INC.; AND DOES ONE THROUGH TWENTY,<br><br>    Defendants. | CASE NO. 2:10-CV-01751-MCE-GGH<br><br>**DEFENDANTS DIXON HOUSING INVESTORS, LP; MCA HOUSING PARTNERS, LLC; FOUNDATION FOR AFFORDABLE HOUSING, INC'S REQUEST FOR TELEPHONIC APPEARANCE OF COUNSEL AT HEARING ON MOTION TO DISMISS ON MAY 19, 2011; ORDER**<br><br>Date:  May 19, 2011<br>Time:  2 p.m.<br>Crtrm:  7<br>Judge:  Hon. Morrison C. England, Jr. |

Alison Yew, counsel for Defendants DIXON HOUSING INVESTORS, LP; SIMPSON HOUSING, LLP; MCA HOUSING PARTNERS, LLC; FOUNDATION FOR AFFORDABLE HOUSING, INC., requests leave to appear by telephone on May 19, 2011, at 2 p.m., at the motions to dismiss of Defendants and co-defendant FPI Management, Inc.  Counsel's office is in San Francisco and counsel respectfully requests and would appreciate the court's accommodation.  If the request is granted, counsel may be reached at **415-438-6644 (direct line),** or **415-362-2580 (general line).**

Dated: May 11, 2011              LEWIS BRISBOIS BISGAARD & SMITH LLP


                                 By _____/S/ ALISON YEW_____
                                    Alison Yew
                                    Attorneys for Defendants Dixon Housing Investors, LP,
                                    Foundation for Affordable Housing, Inc., and MCA
                                    Housing Partners, LLC

4827-7466-1897.1                 -1-
REQUEST TO APPEAR TELEPHONICALLY

1 **ORDER**

3  This court grants counsel's request to appear telephonically on May 19,
4 2011, at 2 p.m., for the motions to dismiss.
5  IT IS SO ORDERED.

6  Dated: May 13, 2011

8  _____
 MORRISON C. ENGLAND, JR.
 UNITED STATES DISTRICT JUDGE