IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

SUE ELLEN HOLMSTRAND,                       No. 2:10-CV-01751-MCE-GGH

       Plaintiff,

  vs.                                                    ORDER

DIXON HOUSING PARTNERS, LP, et al.,

       Defendants.

_____/

       Plaintiff, proceeding pro se, brought this civil action alleging, among other things, violations of her First and Fourteenth Amendment rights. The matter was referred to the Court by the Ninth Circuit Court of Appeals to certify whether her appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

       Having reviewed the entire file, the Court certifies that the appeal is <u>not</u> taken in good faith. For the reasons stated in the Court's June 30, 2011, Memorandum and Order, this Court lacks jurisdiction over Plaintiff's Complaint, and Plaintiff has not stated a claim upon which relief can be granted.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The appeal is <u>not</u> taken in good faith; and

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: August 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2